I dissent. *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

394 A.2d 572

COMMONWEALTH of Pennsylvania

v.

Samuel SANDERS, a/k/a Samuel Africa, Appellant.

Superior Court of Pennsylvania.

Submitted Sept. 29, 1977.

Decided Nov. 17, 1978.

Gerald A. Stein, Philadelphia, for appellant.

Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, Philadelphia, for Com., appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Judgments of sentence affirmed.

SPAETH, J., files a dissenting statement.

WATKINS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.

322

SPAETH, Judge, dissenting:

I dissent. See *Commonwealth v. Taylor,* 257 Pa.Super. 298, 390 A.2d 831 (1978) (Opinion In Support of Reversal by HOFFMAN, J., in which CERCONE and SPAETH, JJ., join).